### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CINDY BETH LANKFORD                                             Plaintiff

v.                              4:08CV03005 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                        Defendant

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 27th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE